# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2181. IN THE INTEREST OF: L. J. L. M., A CHILD.**

On February 18, 2013, the trial court entered an order finding L. J. L. M. deprived, ordering that the grandmother retain custody of the child for a period of two years, and directing the mother to complete the requirements of the reunification plan. The mother filed a motion to set aside the trial court's order for lack of personal and subject matter jurisdiction, which the trial court denied. The mother filed this direct appeal from that order. We lack jurisdiction.

An appeal from the denial of a motion to set aside on grounds authorized under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8). Since the mother failed to follow the required procedure, her appeal is *DISMISSED* for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/05/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*